# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Christopher Lee Orloski

DOB: **/**/1968
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-258-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about _May 27, 2007_   in _Washington, D.C._  county, in the

_Columbia_           District of _Columbia_  defendant(s) did, (Track Statutory Language of Offense)

in violation of Title _____18____ United States Code, Section(s)_____1038_____

I further state that I am __Kathleen M. Bryant with the Federal Bureau of Investigation__, and that this complaint
is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

AUSA, Jonathan M. Malis (202) 305-9665
Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Kathleen M. Bryant, Special Agent
Federal Bureau of Investigation

_____        June 1, 2007            at      ___Washington, D.C._____
Date                                                              City and State

_____              _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

# AFFIDAVIT

I, Kathleen M. Bryant, have been employed with the Federal Bureau of Investigation for three years. I was previously employed with the Plano Police Department for six years. Since November 2006, I have been assigned to the National Capital Response Squad as a Special Agent.

I submit the following facts:

At approximately 1:30 p.m. Eastern Standard Time (EST), on or about Sunday, May 27, 2007, officers of the United States Capitol Police were conducting a security sweep of the United States Capitol grounds in preparation for the Memorial Day concert later that evening. A United States Capitol Police officer discovered a Deer Park water bottle, one half-liter in size, containing a clear liquid on the concrete in the Grotto area of the United States Capitol grounds. The Grotto is located on the west front of the United States Capitol near the Senate air shaft. The words "for U.S. defense" were handwritten on the label of the water bottle. The same words were handwritten on the clear part of the bottle.

The Capitol Police officer found approximately seventeen (17) loose sheets of paper in a pile next to the water bottle. The top sheet of paper consisted of a black-and-white photocopy of three keys with handwriting above the keys. Two of the keys appeared to be AOC [Architect of the Capitol] Medico keys. The serial number for one of the AOC Medico keys was legible in the photocopy and corresponded with the master key for all telecommunication closets in the Senate Hart office building. The handwriting above the depiction of the keys appeared to refer to the travel schedule of two CSX trains and various items transported on the trains, with a reference to "CHLORINE."

The second sheet of paper consisted of a black and white photocopy of a fighter jet and written on the sheet of paper was "Please donate to the fountains so that I may defend our borders. I must travel." There is an arrow drawn from the word fountain to additional handwriting that stated: "all of them".

The third sheet of paper consisted of the printout of an email containing a threat to release chlorine gas in Washington, D.C. The subject heading in the email stated: "Cloreen [sic] to visit U.S. Capitol." The body of the email stated: "I am going to release Cloreen [sic] in DC. What u tink about dat, asswhips?" The email was addressed to an employee at the United States Defense Intelligence Agency. The email also listed the following email address as a "bcc:" recipient: "rotate787@yahoo.com."

The remaining papers contained numerous references to "chlorine" or "Cloreen." The papers also contained numerous references to Christopher ORLOSKI.

Also at approximately 1:30 p.m. Eastern Standard Time (EST), on or about Sunday, May 27, 2007, a citizen found two United States Postal Service Priority Mail envelopes on the concrete near Grant's Statue on the United States Capitol grounds. One of the envelopes had handwriting on the outside. That handwriting stated: "Go to the grotto fountain for the complete details on the U.S. Senate Thanks." There was an arrow drawn from the word "grotto" to additional handwriting that stated: "200 meters northeast, to the left side of the Capitol bldg. from here." The citizen provided the envelopes to a uniformed United States Capitol Police officer.

The envelope without handwriting on the outside contained numerous papers. One of the papers appeared to be the resume of a Christopher Lee ORLOSKI. Another paper appeared to be a letter from

"Chris." The letter, dated May 20, 2007, was addressed as follows: "To all in the family." The letter contained the statement: "There is also a reason why I captured the U.S. Senate's keys and gave them to the Islamic Republic of ********** in 2007." The letter also contained a reference to "making the Seung-Hui Cho Virginia Tech event look like a cribling using a plaything." The envelope with the handwriting on the outside also contained papers. One of the papers appeared to be a handwritten draft of a typed paper found in the stack of seventeen (17) papers found with the water bottle. Another paper contained the handwriting "Christopher ORLOSKI" and "rotate797@yahoo.com."

In response to this threat the United States Capitol Police established a perimeter around the scene and called for its Hazardous Devices Unit to arrive. The Hazardous Devices Unit tested the water bottle and its contents for explosives and chemicals on the scene. The water bottle and its contents were determined not to be hazardous. The United States Capitol Police then recovered the water bottle and its contents for evidence. Subsequent testing by the United States Capitol Police Hazardous Materials Response Team revealed that the water bottle contained Windex.

On May 31, 2007, at approximately 2:30 a.m., United States Capitol Police officers found Christopher Lee ORLOSKI sleeping outside on the United States Capitol grounds. A detective with the United States Capitol Police Threat Assessment Section interviewed ORLOSKI at approximately 3:00 a.m. outside at the corner of 4th Street and Pennsylvania Avenue, N.W., Washington D.C. ORLOSKI admitted that he had left the papers at the Grotto as a "test." The detective asked ORLOSKI if the United States Capitol Police had passed the "test." ORLOSKI responded that the test was for the tourists and not the Capitol Police.

ORLOSKI produced a Colorado license bearing his likeness and the address of Denver, Colorado, an operator number of xx-xxx-xxxx, and a date of birth of xxxx, 1968.

A criminal history check revealed the following arrests and convictions for Christopher Lee ORLOSKI: (1) arrested in Fort Worth, Texas, in 1999, for misdemeanor stalking and false alarm and report, and convicted for false alarm and report; (2) convicted in Fort Worth, Texas in 2000, for felony breach of computer security and burglary; and (3) convicted in Tampa, Florida, in 2006, for misdemeanor trespassing in an occupied structure or conveyance.

Based upon the foregoing facts, I believe that probable cause exists to charge Christopher Lee ORLOSKI with knowingly and willfully conveying false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 11B of Title 18, in violation of 18 U.S.C. § 1038; to wit,

       Knowingly to develop, produce, otherwise acquire, transfer directly or
       indirectly, receive, stockpile, retain, own, possess, or use, or threaten to
       use, any chemical weapon (18 U.S.C. § 229(a)(1)).

_____
Kathleen M. Bryant
Special Agent
Federal Bureau of Investigation