# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


SEALED

UNITED STATES OF AMERICA

v.

CHRISTOPHER LEE ORLOSKI

*Amended*

## WARRANT FOR ARREST

CASE NUMBER: 07-258-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>CHRISTOPHER LEE ORLOSKI</u>
                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**FILED**
**JUN 0 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

violation of Title _____18_____ United States Code, Section(s) <u>§ 1038</u>

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUN 0 1 2007
Date and Location

Bail fixed at $ _____    by _____
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/5/07 | Anthony Campos. Deputy US Marshal | *[signature]* |
| DATE OF ARREST | | |
| 6/4/07 | | |