USDCDC Doc 07-CR-00000.c1 (U.S.)

07-258M

Set This Be Filed. JLM Paula 06/08/07

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Style: US v. Christopher Lee Orloski
Number: n/a (case information unavailable)

**FILED**

JUN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

Defendant in the above styled action, Christopher Lee Orloski, comes pro se into Court to notify the Court of appeal of orders causing mental evaluation of defendant and (presumably) committal of defendant to a psychiatric hospital (presumably in the Carolinas) for evaluation of whether defendant is competent to participate in this proceeding. Orders presumably issued to determine whether defendant has a rational and factual understanding of the allegations, case, court proceedings and range of outcomes. Court ordered interaction between defendant and a court appointed doctor occurred on 2007JUN05, during which defendant provided to the court appointed doctor web links to pleadings in the U.S. District Court (DC) filed pro se in civil actions against the District of Columbia (dc.gov), et. al, and against Avue Digital Services, U.S. Defense Intelligence Agency HR, et. al. With complaints filemarked in the U.S. District Court in 2007MAR, in 2007APR, and in 2007MAY well before an FBI arrest warrant issued on 2007JUN04, defendant asserts that an error of law occurred, which permitted the U.S. Department of Justice (DoJ) to retaliate with a criminal charge and resulting detention in response to defendant's filing of a civil action against the plaintiff. Further errors of law and intentional deficiencies in plaintiff's charging instrument are presented according to Fed. R. App. Pro, pending access to relevant rules. Web links provided to the court-appointed doctor are: www.geocities.com/wah2100/, www.geocities.com/usdcdc_dcgov/, and www.geocities.com/usdcma01/. Defendant asserts that FBI's provision of committal data to a U.S. judge without provision of defendant's full audit report* on the institution (WAH), constitutes "selective exclusionary" litigative and investigative tactics (use of <0.01% of available data to build indictable profiles) with intent to 1) confine mercy for the sake of deceptive confinement, 2) data intercept, 3) agency public relations (PR) boost, 4) cover up, 5) framing, 6) suppression of Constitutional rights in attempts to "test the limits", 7) libel, and 8) suppression of defendant's employment opportunities using false allegations. Although U.S. Capitol Police claimed on 2007JUN04 that protection of U.S. Senators is their priority, evidence accumulated since 2006MAR indicates that USCP is deceptive in its mission. Regarding FBI "flight risk" cited on 2007JUN05 in court to quash defendant's motion for bail and release to a halfway house, defendant voluntarily chose to abort flight to TPA (Tampa) on JetBlue from IAD (Dulles) at 0600 EDT on 2007JUN04 after clearing U.S. TSA security screening at IAD on 2007JUN03. Defendant, sensing that a court problem existed, returned to DC to seek assistance from a contact at New Hope Housing in Alexandria, VA on 2007JUN04, but was detained by U.S. Capitol Police. Therefore, defendant appeals the Court's adjudicative decision on bail rendered on 2007JUN05.

Respectfully Submitted,

Christopher Orloski
DC Dept of Correct. ID 314955
1901 D Street SE
Washington, DC 20003

CERTIFICATE OF SERVICE

This notice is submitted to the Clerks of the U.S. District Court and the U.S. Court of Appeals. U.S. DoJ may be served by the Clerk's offices. Submitted via USPS on 2007JUN07.

*See audit report on WAH's psych unit in a letter to Maryland's Office of Adjudicative Hearings available at /wah2100/. Defendant asserts that he and his sole proprietorship, Masint Anthropometric Services, MAS, have done their homework, whereas U.S. Capitol Police and FBI have not.