UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LEE ORLOSKI,

Defendant.

07-258

Cr. No. ~~05-258~~ (JMF)

FILED

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the psychiatric evaluation by Dr. Teegarden, her conclusion that the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him, or properly assist an attorney in his own defense, it is hereby,

**ORDERED** that the defendant be found incompetent to stand trial and is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1) for a period not to exceed one hundred and twenty days, beginning as of June 8, 2007. It is further, hereby,

**ORDERED** that a status hearing be held on <u>October 9, 2007 at 1:30 p.m.</u> before Judge Robinson.

**SO ORDERED.**

Dated: June 8, 2007

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE