2007SEP05

Christopher Orloski
28994-016 Unit 2H
FMC-Butner
P.O. Box 1600
Butner, NC 27509-1600

U.S. Supreme Court
One First Street NE
Washington, DC 20543
(202) 479-3000, 3390, 3011

07-258M

**FILED**

SEP 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Re: Motion for Leave to Refile a Notice of Appeal in USDCDC, Rule 18

---

Honorable Clerk and Justices of the Supreme Court:

Appellant moves for order on the Court's own motion to refile a notice of appeal in the U.S. District Court for the District of Columbia. Appellant appeals a 2007JUN07 committal order ordering evaluation of appellant's competency to participate in legal proceedings. Appellant as petitioner in the U.S. Court of Appeals, litigates pro se in case 07-5210 In re Christopher Orloski (appeal) for writ of mandamus. Appellant asserts that judicial bias and incompetence in the federal trial/appellate courts in the committing district precluded demonstration of appellant's competency, then upon demonstration of competence in both judicial and extra-judicial venues, precluded recognition of appellant's competence to litigate. See attached motion to dismiss, presumably unfiled in the underlying USDCDC case (07-mj-258-AK) styled U.S. v. Christopher Lee Orloski. Inquiry is made to this Court only on grounds that the perceived and actual judicial/prosecutorial bias is based on socioeconomic/political/actio criminalis allegatum discrimination and is catholic and nationally pervasive. Erroneous committals approach a threshold percentage, which brings the U.S. judiciary into disrepute. Erroneous committal rate via perjury and subornation of perjury, 18 U.S.C. Secs 1621, 1622, 1623, is estimated at 20%+.

Questions to this Court are therefore not how/why a litigatively competent person is impeached, but when will a sufficient percentage of the American public be directly affected (impeached) by a scurrilous government to cause America's second (Boston) Tea Party, and what is that threshold percentage that triggers dumping of tea from the Dartmouth? Use of FMC (federal detention) as prosecutorial inquisition tools is also questioned. The Court's opinion on 80%+ malpractice rates implementing cunning abrogation of 18 U.S.C. 1622 to detain indefinitely persons accused is solicited in this motion (Hamdi v. Rumsfeld, 542 US 507).

Pursuant to this Court's Rule 18, notice of appeal was filed timely with copy to this Court's Clerk within 10 days of the committing order. As notice of appeal was timely filed, leave to refile is sought to address non-action in the trial and appellate courts.

See case history for chronological event descriptions.

Judicial Process History (Case Chronology)

2007JUN04 Underlying allegation, charge, case 07-mj-258-AK
2007JUN04 Arrest, confinement w/o bail
2007JUN07 USDCDC order of committal for evaluation, 18 USC Sec 4142
2007JUN07 A notice of appeal filed at committal hearing
2007JUN13 Copy of notice of appeal to USCOADC (via USPS per DCDC)
2007JUN13 Copy of notice of appeal to USSC Clerk on inquiry
2007JUN16 (approx) Inquiry to USCOADC on petitions of extraordinary writ
2007JUN20 Committal to FMC, Butner, NC with 11 days at FCC Petersburg
2007JUL02 Arrival at FMC-Butner
2007JUN21 USCOADC grants leave to petition for writ of mandamus
2007JUL13 Inquiry to USCOADC on status of appeal
2007JUL25 USCOADC order to retransmit 2007JUN21 order (i.f.p.) to pet
2007SEP05 Awaiting USCOADC response to inquiry on receipt of i.f.p.
          application (CFR violations by FMC staff prevalent,
          therefore USPS mail verification necessary)
2007SEP05 FMC (BOP/PHS) staff express intent to detain indefinitely
          irrespective of competence to participate in judicial
          proceedings
2007SEP05 Inquiry to U.S. Supreme Court on direct appeal

This Court is advised that upon granting of direct appeal, a motion for appointment of counsel may be necessary to circumvent CFR violations (denial of access to courts) by Federal Medical Center - Butner.

Respectfully submitted,

Christopher Orloski
Appellant pro se



Received
Mail Room
SEP 10 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia