2007SEP10 FMC Junker re status

2007SEP10

Christopher Orloski
28994-016 Unit 2H
Federal Medical Center - Butner
P.O. Box 1600
Butner, NC 27509-1600

Dr. Junker, Chief Psychiatrist
Federal Medical Center - Butner
P.O. Box 1600
Butner, NC 27509-1600

Subject: 18 U.S.C. Chapter 313 in USDCDC case 07-mj-258-AK

Dr. Junker:

After 70 days of observation at FMC, with provision to Dr. Pyant of litigative work product, Dr. Pyant on 2007SEP10 asserted that progress toward competency is at 0% out of 100%. This is the same assertion Pyant made on 2007JUL27: 0% competent.

According to the World Book Medical Encyclopedia (WBME) (ISBN 0-7166-4206, 1999 ed.), delusion is defined as "a steadfast and unshakable belief that is held in the face of contrary evidence". Pyant's belief that pro se litigation to demonstrate competency is irrelevant coincides with WBME's description: "Arguing against delusions is futile as the person will strongly interpret irrelevant or insignificant observations, occurrences, or information to support his or her delusional belief."

Record of 2007SEP10 1530 EDT (10 min) meeting with Pyant:

+ Presumed retaliatory tactics, false diagnoses, by Pyant in response to my request to Dr. Junker, Pyant's supervisor, on 2007SEP07 for competency restoration schedule
+ Pyant attempts to build negative, committable psychiatric profile using diagnosis of "schizophrenia"; Pyant attempts to elicit symptoms to support his diagnosis
+ Upon my inquiry into bases and symptoms from which diagnosis is constructed, Pyant relies upon "writings" only initially, then states that the current conversation on 2007SEP10 is evidence of symptoms; Pyant states that writings are "grandiose"
+ Pyant denies viewing court records from the committing court or from court-appointed psychologist's (TEAGARDEN's) report to the court
+ Pyant admits that were a diagnosis of delusional disorder on record in the court, the diagnosis would be in conflict with Pyant's diagnosis of "schizophrenia", therefore Pyant concedes that either of the diagnoses is incorrect
+ Pyant states that I am 0% competent to stand trial, irrespective of a motion to dismiss filed pro se and according to Fed. R. Crim. Pro. Rule 12(a)
+ Pyant states that medication (psychotropics) is required to gain competency

A 2007AUG07 communication to Dr. Junker/Zula outlining Pyant's deceptive tactics was submitted to the U.S. Court of Appeals in case 07-5210, In re Christopher Orloski, on 2007AUG08 and again to confirm receipt on 2007AUG21.

In light of my motion to dismiss filed pro se in 07-mj-258-AK in the U.S. District Court, Pyant's attempts to further exercise 18 U.S.C. 4241, 4245-4248 add fuel to Pyant's funeral pyre already flaming in the federal courts in Washington, DC.

Regards,

Christopher Orloski