IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**OCT 1 8 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S., )
    Plaintiff, )
v. )   Case no. 07-mj-258
Christopher Lee Orloski, )
    Defendant )

## MOTION TO DISMISS

Defendant, Christopher Lee Orloski, moves the Court to dismiss the case on three grounds: military secrecy privileges, first amendment privileges and due process privileges.

### 1. Military Secrecy Privileges

1.1. <u>Stealth operation in London 2005DEC29 to 2006APR08</u> Orloski advised this Court that in 2006FEB he secured in person private directories of the Maritime British Courts from the chambers of the courts in London and subsequently delivered copies of the court's directories in person to the Russian embassy in London, England (herein "Ivan"). Ivan found utility in the directory's codifications in the patterns of intentional superfluous repetitions of phone extension digits. A fragment of the directory remains in Orloski's work product seized by U.S. Capitol Police (USCP) on 2007JUN04. Ivan subsequently captured the British "spy rock" in 2006 while Orloski continued research in London. See <u>The Guardian</u>, U.K. newspaper, 2006FEB-MAR articles on "spy rock" online at www.theguardian.co.uk. See <u>Totten v. U.S.</u>, 92 US 105 at 106 regarding protection of agent character and constitution, military secrecy privileges and secret contracts: "public policy forbids the maintenance of any suit in a court of justice...which (leads ) to disclosure of matters which the law itself regards as confidential."

1.2 <u>The British Asian females</u> Further, Orloski met a female British Asian store owner in Southall, England, U.K., who sequestered his U.S. passport in preparation for evaluation of U.K.'s National Health Service (NHS) at Hillingdon Hospital in Uxbridge, England in 2006MAR. Had Orloski had more than GBP 50.00 in his possession, the British Asian woman of Pakistani descent would be in possession of Orloski's passport today. See <u>Tenet v. Doe</u>, 544 US 1 at 11 for prohibition of judicial intervention in military contracts, state secrets and espionage relationships. See where the buck stops in <u>Doe</u> when it comes to graymail in litigation.

1.3 <u>Constitutional Defender's SECS (Social Engineering Case Studies)</u> Orloski extends his diplomacy irrespective of cause to eradicate the U.S. DoJ's National Security Division operating in accordance with 28 C.F.R. Sec 0.72 (2007MAR03 USAG order). As a defender of the U.S. Constitution, Orloski asserts that his activities described herein were and are necessary to preserve U.S. national security which in turn preserves the supreme law of the United States. Orloski's social engineering case studies (SECS) and Orloski's work product, captured by USCP on 2007JUN04 constitute efforts to determine a corrective course of action to address abuse of law and compromised delegation of national security roles by U.S. law enforcement agencies (LEAs), agencies under Title 50 U.S.C., and by U.S. DoJ. The SECS are sensitive and privileged for specific U.S. agencies, therefore subject to rules in <u>Totten</u> and definitions and rules in 50 U.S.C. Sec 401a, <u>Tenet</u> referencing <u>Reynolds</u> regarding state secrets.

1.4 <u>DIA connection and preliminary contract</u> On 2007JAN16, the U.S. Defense Intelligence Agency (DIA) via email responded to Orloski's inquiry submitted on course of action (Pentagon v. 100+ embassies in Washington, DC). See 50 U.S.C. Secs. 401a(1,2,3,4(B-G,H,J),5) with respect to U.S. atomic civil war incubated by the State of Texas. See 2004AUG09 amendment to 50 U.S.C. Sec 191 (transf. from Sec 42): "The President...appropriate(s)...provisions of this title." Orloski holds the DIA's 2007JAN16 response, encrypted therefore secret, to be a preliminary contract. DIA advised Orloski to proceed to apply to DIA via Avue Digital Service's (Avue's) online electronic application. Orloski traveled from Tampa, FL to Washington, DC on 2007JAN19

via JetBlue/JFK using his remaining financial resources. Per DIA's instruction, Orloski tested security for potential DIA candidates using Avue. The test methods, protocols, parameters, data and results were captured by USCP on 2007JUN04. DIA application metrics are restricted for use only by DIA and pursuant to Title 50 U.S.C. as employment data is protected against disclosure for protective purposes as demonstrated in Totten.

1.5 U.S. DoD mission v. U.S. DoJ political objectives It would seem obvious that Title 50 U.S.C. and Title 32B C.F.R. would be protected from intrusion by DoJ's 28 C.F.R. Sec. 0.72 on grounds that U.S. DoD mission secrecy during peacetime and war is the kernel of national security's "loose lips sink ships". See 50 U.S.C. Sec 7306a(c) (sink exercises) and U.S. v. United Continental Tuna, 425 US 164 (naval destroyers).

1.6 Dismissal Orloski proposes that this Court has no jurisdiction or authority to prosecute a "chlorine" text in context of military secrecy privileges and in context of communication between Orloski and the United States Defense Intelligence Agency.

## 2. First Amendment Privileges

2.1 Freedom to make political statements and publicize social science research Were the Court to construe Orloski's transparent connection and contract with DIA as inconsequential (military secrecy privileges), first amendment privileges protect Orloski's work product and social engineering tests and SECS: Reno v. ACLU, 521 US 844. Reno clearly protects citizen speech in political arenas where content of speech may be construed as (an electronic) indecent threat. See also Watts v. U.S., 394 US 705 at 707 (political debate) and RAV v. St. Paul, 505 US 377, facially violative statutes in conflict with First Amendment.

## 3. Due Process Privileges

3.1 Fifth Amendment and Fourteenth Amendment privileges In view of a pattern of prosecutorial misconduct and investigative misconduct by the prosecuting agencies, a dismissal of the case is warranted. An implausible charge of "threat to use chemical weapons (chlorine)" (per USCP on 2007JUN04), "perpetrating a hoax" (per USCP on

2007JUN04) and "threat to burn Senate" (per DOJ-BOP-FMC's Pyant on 2007JUL24) is based on groundless science, political motivation, and other motivations contrary to Amendments Five and Fourteen, C.F.R., U.S.C. and applicable agency policies and federal court rules (F.R.Crim.P.).

3.2 <u>Retaliation by U.S. DoJ</u> Orloski filed federal civil actions against the U.S. DoJ in the DC district courts in 2007. U.S. DoJ responded with a criminal complaint against Orloski on 2007JUN04. Therefore, the case should be dismissed on grounds of malprosecutorial retaliation. See <u>Harper v. U.S.</u>, 27 F.2d 77 (CA8 Ark) at 78 (false prosecution).

3.3 <u>Erroneous forensic science</u> The underlying charge is based on groundless science that ignores topography, chemistry, physics, meterology, operational capacity and financial solvency. Orloski had USD 47.96 in cash and a USD 117.30 JetBlue travel credit as his only assets in his possession, which were seized by USCP on 2007JUN04. The operational complexity of releasing a detrimental quantity of chlorine gas from liquefied state (unless using hot rarified chlorine gas in a fleet of hot "air" balloons pioloted by suicide balloon pilots) precludes Orloski's possible execution of any alleged threat of using chemical weapons. Rudimentary grade school calculations demonstrate that operational complexity is high due to topography of the Hill (U.S. Congress), physical and chemical properties of liquid and gaseous chlorine, climate and weather. See <u>U.S. - House v. Bell</u>, 547 US ___ (2006) and <u>Kuhmo Tire Company v. Carmichael</u>, 526 US 137 at 149 (gatekeeping) for evidentiary disarray, false report and erroneous fornsic science caused by political agenda of a charging agency.

3.4 <u>Chlorine (Cloreen) ($Cl_2$)</u> At STP (0 deg C and 1 atm) chlorine gas density is 3.21 g/l and air density is 1.29 g/l, per Kaplan's <u>High School Chemistry</u>. <u>Chlorine drops like a rock in motionless air.</u> Of course, USCP's allegation could involve dumping the Atlantic Ocean filled with sodium ions and chlorine ions on the Capitol Building in DC, in which case the ionic charge of "threat to use Virgin water (Atlantic)" is a malapropism. See <u>Harper</u> at 78 for effects of malallegation (herein false prosecution) by a charging agency. The imprecision of the government's charge is compounded

by chlorine's ability to bind with many elements to form francium chloride, lithium chloride, cesium chloride, hydrochloric acid, perchlorates used in emergency oxygen generators on commercial airliners, sodium hypochlorite, and clorinated water in the U.S. Senate's heated indoor swimming pools. See Cobra Bubbles' character in Disney's Lilo and Stich cinematic film regarding when "things have (definitely) gone wrong". See also supra at finale for Stitch's character's "ohana" fruition.

    3.5 The Alberto factor in 18 U.S.C. GONZALES/ALBERTO/(U.S. ATTORNEY GENERAL's) departure is absolute confirmation of impermissibility of political modus operandi of U.S. LEAs. Reference also 2006 firings of 9 U.S. Attorneys in 8 states which culminated in GONZALES' removal. See Orloski's federal civil action complaint styled MAS v. BUSH/GEORGE/W et al, in which GONZALES' removal is specified. The complaint is available at www.geocities.com/usdcdc_dcgov/ in Adobe pdf format. Orloski asserts that although he may represent a political threat to tortfeasors (officials of the U.S. government), exercise of freedom of speech and of military secrecy do not warrant USCP/U.S. Attorney/U.S. FBI violations of due process privileges afforded by the U.S. Bill of Rights. 18 U.S.C. Sec 1623 (perjury) to cause indefinite incommunicado confinement (see Hamdi v. Rumsfeld, 542 US 507) is prohibited by the U.S. Bill of Rights.

    It is therefore requested that this Court dismiss this case on grounds of military secrecy privileges, secret contract protection, first amendment privileges and due process privileges.

2007OCT15
Honorable Clerk of Court:

It is respectfully requested that this motion to dismiss be filed in case 07-mj-258-AK and that a filemarked copy be transmitted to the U.S. Attorney (DC). According to my mail records, the m.t.d. was submitted on 2007SEP05 (USPS). A call to (202) 354-3135 on 2007SEP27 yielded lack of status.

With respect,
Christopher Orloski

Respectfully submitted,

_[signature]_

Christopher Orloski, defendant
28994-016 Unit 2H
FMC-Butner
P.O. Box 1600
Butner, NC 27509-1600

## Certificate of Service

This motion is submitted via USPS (via FMC, Butner, NC staff) to the USDCDC Clerk on 2007SEP05. A copy is submitted to the USCOADC Clerk in the event that the racial tortfeasors in the District Court Clerk's Office are incompetent with respect to filing procedures (refuse to file pleadings per Fed. R. Crim. Pro. 12(a)).

2007OCT15 resubmitted
from FMC via USPS

Respectfully submitted,

_____
Christopher Orloski, defendant
28994-016 Unit 2H
FMC-Butner
P.O. Box 1600
Butner, NC 27509-1600

```
  2007AUG31 Defense Communication Record.01.1                                          1/2

  2007AUG31 USPS 0.41 FBI DepDir: AE-2, W-2, AF-1
  2007SEP05 USPS 0.41 USDCDC: AG-7, AH-2
  2007SEP05 USPS 0.41 USSC: AH-2, AG-7
  2007SEP06 USPS 0.78 DOJOIG: AG-7, AE-2, AI-2, AH-2, FBI DepDir env-1 : cc rqx FBI
  2007SEP06 USPS 0.78 USCOADC: AG-7, AH-2, AI-2, AE-2, AJ-1
  2007SEP07 USPS 0.80 LMartin NHH 22306: AG-7, AH-2, AK-1, AL-1, AM-2, AN-2, USFPD env-1
                    : cc rqx 1) USFPD, 2) VOA, 3) ACLU
  2007SEP09 USPS 0.41 JO: Krsna battles in color w plow, disk AP-8, AO-1, AG-7(50%) + AS-1(50%)
                    USSS env-1, DOJOIG env-1 : cc rqx 1) USSS Simons, 2) DOJOIG
  2007SEP10 USPS 0.41 USSS: AG-7(50%), AS-1(50%), AO-1, AQ-1 : cc rqx USSen
  2007SEP11 USPS 0.41 USCOADC: AR-1, env USDCDC-1 : cc rqx USDCDC
  2007SEP11 USPS 0.41 JP: AG-7, AO-1, Blackwater env 27958-1 : cc rqx Blackwater
  2007SEP12 USPS 0.41 Moyock: AR-1/4p, AJ-1/4p, AG-2(p2,6), JP emb env-1, wasp parts wing
                    feeler leg
  2007SEP13 USPS 0.41 Moyock: AR-1, AJ-1, AG-7(50%), AS-1(50%)
  2007SEP14 USPS 0.41 DIA: AT-1, AO-1, AG-7, Moyock env 27958-1
  2007SEP17 USPS 0.00 DIA: AT-1 signed, AU-1, AV-1, JP emb DC env-1, Balckwater env-1
  2007SEP20 USPS 0.41 NC-gov Easley: AR-1, AG-1(p3/7), AI-2, AT-1, AW-1, AU-1, AV-1, AX-1
                    AY-1, AZ-1, BA-1, USAG env-1, NC-SoS (Marshall) env-1, all docs 50%
                    except AZ, BA
  2007SEP21 USPS rcvd USSC: 2007SEP14 letter from USSC response to AH dir app rcvd back AH-2,
                    AG-7 (mail opened by FMC)
  2007SEP25 USPS 0.80 RU DC: BB-1, AZ-1, AX-1, AU-1, AV-1, AT-1, AR-1, W-2, AG-7, AY-1
                    BA-1, 14 sheets
  2007SEP25 USPS 0.82 PK DC: BC-1, AY-1, BA-1, AT-1, AU-1, AG-7, AO-1, BD-1, AH-2
  2007SEP24 in person FMC Beeler (warden): BF-1, BE-1, AG-3(compact vers), Winkler-env-1, AJ-1
  2007SEP25 USPS 0.41 USSS Simons: AU-1, AG-3(compact vers), BE-1, BD-1, AH-2
                    USCourts CoCoC Chair-env-1 : cc rqx USCourts Admin Office CoCoC
  2007SEP25 USPS 0.41 DCI OPA: BE-1, AG-3(compact vers), AT-1, AH-2, BD-1
  2007SEP26 in person FMC Beeler (warden): BG-1, AU-1 (to cop out per Hiscocks/AW)
  2007SEP28 USPS 0.41 USCOADC: AU-1, BH-1, BI-1, 0.41 prepaid USCP (Zimmerman) env-1,
                    PK env addr-1, RU env addr-1, 2 postits to Clerk rqx delivery to USCP
                    + USATT-DC certified, BJ-1, AT-1
  2007OCT01 USPS 0.41 Blackwater Prince/E: BL-1, BK-1, AT-1, AW-1
  2007OCT02 USPS 0.58 USDCNCE Clerk: BK-1, BL-1, AU-1, BM-1(partial), BI-1, sample legal
                    mail env-1, 2 postit notes with mail instructions
  2007OCT02 USPS 0.41 NHH ExDir 22309: AU-1 + postit rqx fax to Laura Martin redir to ACLU
  2007SEP28 USPS 0.39 People
  ─────────────────
  2007OCT04 USPS 0.41 Blackwater 27958: BM-1(p1/2: AUG31 - OCT02 mail), BN-1, BO-1        28)
                    USCOADC env-1 cc rqx: assumed mailed OCT08 as FMC marked
  2007OCT09 USPS 0.41 JO: 511 INtl 20008: BN-1, BO-1, BP-1, BM-1(p2/2 AE-BM), AU-1        29)
                    BQ-1, Blackwater env-1 cc rqx, USCOADC env-1/5 (20%)
  2007OCT05 in person FMC Warden Beeler: BO-1, wet paint R/B tape                         30)

BN 1 1002 Blackwater Communication Reference Map 2007OCT02 Felix: 17 entities, 14
          communication, 12 retransmission requests, 2007SEP Blackwater IQ Nisoor Sq cnv incd
BO 1 1004 USCOADC: FMC MOTIVATION ASSESSMENT, FELIX/PYANT, Blackwater dispatch directive,
          FMC violations to illegally detain, curbing violations 99.9% effective with
          CPE PYAZINE, secure exits + access to court process, ADA trivial
BP 1 1006 CPE PYAZINE (pie-uh-sin) 2007OCT06 v1.0: piazenon hydrochloride, 100 km, VISA
          takes life and vice versa, 2pi(100), Felix, Duke, BB+B, 0515-0530 DD/KK-0545
          Luke-convergence 0645, Giant/Food Lion, x NIH, Lowes, AMC, CompUSA, FedEx Kinkos
          paw print
BQ 1 1009 Amfem Rules of Engagement, 1st dau, J-H, G-L --) J+L, Jebrazine, Rove
BR 1 1001 Star map M31 7.8E05 ps, a Centauri 0.0122, STARe 3.8E-04 = 1AU, Orion 460, Sirius
          2.63, Pleiades 1.22, Hercules 6300, Polaris 1.32, Moon-e 1.2E=10
BS 1 1001 Trouble the $12M dog + 100% Columbian coffee fang logo ad
```

OCT 18 2007

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia