UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Mag. No. 07-258 (DAR)** |
| v. | : | |
| **CHRISTOPHER LEE ORLOSKI,** | : | |
| Defendant. | : | |

## ACKNOWLEDGMENT OF RECEIPT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and counsel that it is in receipt of documents filed by the defendant on September 13th and October 18th, 2007. Both documents are styled as motions to dismiss, and appear to be prepared without the aid of counsel. Given that the defendant is represented by counsel, and that neither document is signed by counsel, the government will not respond to either document.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
TIMOTHY J. KELLY
ASSISTANT U.S. ATTORNEY
D.C. Bar No. 462459
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4233
Washington, D.C. 20530
Phone: (202) 353-8822
Tim.Kelly@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the Government's Acknowledgment of Receipt was served upon counsel of record for the defendant, Shawn Moore, on this 29th day of October, 2007.

                                                                    /s/
                                              TIMOTHY J. KELLY