UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

07-258 MJ

U.S.,

    Plaintiff,

v.

Christopher Lee Orloski,

    Defendant

FILED

OCT 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Received Mail Room — OCT 24 2007 — U.S., United States, District of C...*

## NOTICE OF APPEAL

Defendant, Christopher Lee Orloski, pro se submits notice to the Court that he appeals the order of committal of defendant in case 07-mj-258-AK entered on or about October 25, 2007.

Respectfully submitted,

Christopher Orloski, defendant pro se
28994-016 Unit 2H
Federal Medical Center - Butner
P.O. Box 1600
Butner, NC 27509-1600