OCT 26 2007

United States Court of Appeals
District of Columbia Circuit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| U.S., | ) | 07-258mj |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **FILED** |
| Christopher Lee Orloski, | ) |  |
|  | ) | OCT 26 2007 |
| Defendant | ) |  |
|  | ) | NANCY MAYER WHITTINGTON, CLERK |
|  |  | U.S. DISTRICT COURT |

## NOTICE OF APPEAL

Defendant, Christopher Lee Orloski, pro se submits notice to the Court that he appeals the order of committal of defendant in case 07-mj-258-AK entered on or about \_\_\_\_October 25\_\_\_\_, \_2007\_. See exhibit 09.01.

Respectfully submitted,

*[signature]*

Christopher Orloski, defendant pro se
28994-016 Unit 2H
Federal Medical Center - Butner
P.O. Box 1600
Butner, NC 27509-1600