**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **MAGISTRATE NO. 07-258** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **CHRISTOPHER ORLOSKI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney **Opher Shweiki**, at telephone number **(202) 353-8822** and/or email address

Opher.Shweiki@usdoj.gov. **Opher Shweiki** will substitute for Assistant United States Attorney

Timothy J. Kelly as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
**Opher Shweiki**
**Assistant United States Attorney**
**D.C.  Bar No. 458-776**
**Federal Major Crimes**
**555 4th Street, NW,  Room 4233**
**Washington, DC 20530**
**(202) 353-8822**