IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US,
    Plaintiff,

v.

Christopher Lee Orloski,
    Defendant

**FILED**

JAN 31 2008

Clerk, U.S. District and
Bankruptcy Courts

Case no. 07-mj-258-AK

## MOTION FOR REHEARING

    Defendant, Christopher Lee Orloski, comes pro se into Court to move the Court to rehear on order made on basis of forensic reports received from Federal Medical Center (FMC) on or about 2007JUL30 and 2007NOV15. This Court's order is presumed entered between 2007DEC01 and 2008JAN24, presumed to grant/order FMC to detain defendant, to administer pharmaceuticals to defendant, and to further evaluate defendant in extension under 18 U.S.C. Secs. 4241-4248. Since these orders are presumed, this motion is conditional.

    See accompanying motion for leave to confer with counsel for cause for filing this motion pro se. FMC prohibits defendant from contacting his counsel, U.S. FPD attorney Shawn Moore via phone or in a timely manner.

    Defendant asserts that Dr. Clayton T. Pyant by and through his FMC psychology intern, J. Cohen, filed biased,

deceptive, false and perjurous reports to this Court on 2007JUL26, and again in 2007NOV. See defendant's pleadings in U.S. Court of Appeals DC Circuit case 07-5210, In re Christopher Orloski, for details of Pyant's/Cohen's indiscretions and bias. See defendant's 2008JAN18 amendment to motion for leave submitted to the USCOADC for retransmittal to this Court.

Defendant moves the Court to rehear to permit defendant with or without his counsel to dispute and to correct the erroneous reports and perjury of Pyant/Cohen/FMC and to persuade this Court to quash any medication orders and to return defendant to the Court to confer with counsel.

Defendant desires and moves, in the event that his pro se pleadings are insufficient in countering FMC's biased forensic reports, that this Court permit a second evaluation in DC by a court-appointed doctor. Defendant requires non-FMC evaluation due to FMC mental health code of conduct, which prohibits "colleagues" [doctors] from criticizing each others' work product/opinions, (per Drs. Herbal/Junker/Zula/Grant/Greardon/Landis/Weaver on standard practice of non-interference in colleagues' abuse/indiscretions).

Respectfully submitted,

Christopher Orloski  28994-016
FMC P.O. Box 1600
Butner, NC 27509

Submitted on 2008JAN23 via USPS to the U.S. District Court Clerk.