UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Cr. No.   07-mj-258 (JMF) |
| **CHRISTOPHER ORLOSKI,** | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**   Christopher Orloski
Federal Medical Center
Butner, NC

**Name and address of appellant's attorney:**   Shawn Moore
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense: False Information - 18 U.S.C. § 1038**

**Concise statement of judgment or order, giving date, and any sentence:**
Memorandum Opinion Issued by Magistrate Judge Facciola on May 21, 2008, ordering that appellant be involuntarily medicated with antipsychotic drugs to render him competent to stand trial on pending charges.

**Name of institution where now confined, if not on bail:**

FMC, Butner, NC

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| May 27, 2008 | Christopher Orloski |
|---|---|
| **DATE** | **APPELLANT** |

| | | |
|---|---|---|
| CJA, NO FEE | FPD | "/s/" |
| PAID USDC FEE | No | **ATTORNEY FOR APPELLANT** |
| PAID USCA FEE | No | |

Does counsel wish to appear on appeal?   Yes
Has counsel ordered transcripts?   No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   No