IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| U.S., | ) |
|     Plaintiff, | ) |
| v. | ) Case no. 07-258-mj |
| Christopher Lee Orloski, | ) Copies to: Judge |
|     Defendant | ) AUSA – Special Proceedings |
| | ) Dft. |

---

DEFENDANT'S <u>PRO SE</u> RESPONSE TO COURT'S ORDER/AUSA'S EMAIL

---

    Defendant, Christopher Orloski, responds <u>pro se</u> to this Court's June 2008 order approving a treatment plan proposed by the Federal Medical Center (FMC) in response to this Court's May 2008 opinion. Defendant responds having been permitted only to scan an email (on screen) from the AUSA-DC (Ass. U.S. Attorney for DC) to Dr. Mark Cheltenham dated 2008JUN09, referencing said order and treatment plan.

    On 2008JUN12, after being informed of the Court's June 2008 order, defendant voluntarily consented in writing to psychotropic medication (olanzapine) (Zyprexa) by signing the FMC atypical antipsychotic medication consent form. Defendant inquired regarding the content of the treatment plan; Dr. Cheltenham and Dr. Carlton Trent Pyant stated that medication was the only therapy considered (proposed) and that psychotherapy was excluded from the proposed plan.

    Defendant must therefore assume that psychotherapy and his efforts toward seeking employment at FMC are irrelevant in face of anticipated effects of psychotropic medication. On 2008JUN03 and 2008JUN10 defendant, unmedicated, met with and received approval of FMC Safety Department Director Sinicki to meet with hiring manager McLeod regarding a cancer unit housekeeping position. Further, on 2008JUN10 defendant received authorization from FMC Food Services (FS) Manager Musgrove to apoproach work program managers Harris and Dua, who signed and

validated defendant's written request to work in food services. Further, defendant received--prior to being medicated--direction from Education Specialist Faircloth to contact Education Department's Ms. Chavis regarding assistant positions available to mental health (M/H) patients.

The effects of Zyprexa (olanzapine) 5 mg/day dosage prohibit employment in dangerous environments, such as hospital units where clumsiness (motor skill impairment), grogginess and medication-induced inattentiveness could cause exposure to biohazardous waste, infectious diseases, wet floors, volatile chemicals. Defendant asserts that the proposed treatment plan renders psychotherapies inaccessible. It would appear that all parties to 18 U.S.C. process (other than Orloski) seek the sedative effect of psychotropic medication. If defendant is "out-of-work" at 5 mg/day olanzapine, certainly the typical dosage range administered at FMC would place defendant "out-of-commission" and non-responsive to any psychotherapy options. At 5 mg/day olanzapine, defendant sleeps 14 hours/day compared to 8 hours/day the month preceding olanzapine.

From March 2008 to May 2008 defendant polled FMC staff on average ranges for olanzapine administration. See exhibit 21.1. Were defendant to receive the "average dosage" of 20 mg/day, he would be so sedated as to be unable to receive meal service.

Exhibit 21.1 Average daily dosages of olanzapine; ranges according to FMC M/H staff

| Staff | Range | |
|---|---|---|
| Cheltenham, MD | 20-40 mg/day | |
| Beasley, RN | 15-35 mg/day | |
| Newman, MD | 10-30 mg/day | |
| Lucking, MD | 5-40 mg/day | |
| | 20 mg/day avg (*) | 0  5  10  15  20  25  30  35  40 |

Regarding the efficacy of psychotherapy, the fact is that FMC must account for behavioral changes that caused Pyant to order unmedicated transfer of defendant from solitary confinement to transitional housing (1-E to 2-E) on 2008MAY16, for which defendant is grateful. How did defendant manage to produce asymptomatic behavior without antipsychotic medication? Was it staff interaction at 10 minutes per day for 202 days? Was it defendant's self-analytical ability, autocorrective protocols, and autostabilization techniques? Was it divine intervention? Was it manifestation of a bacterial infection (on defendant's face)? Was it compliance with antibiotic medication (Rocephen intramuscular and Keflex oral) to treat a 5 cm dia. abcess on defendant's left cheek? Was it the predicted size/appearance of the resulting scar? The fact of the matter is that defendant resided in seclusion for 202 days (2007OCT26 - 2008MAY16) until Pyant ordered defendant--unmedicated--to be transferred from seclusion ("the hole") to transitional housing (2-E) (3 TVs with satellite Discover channel). Defendant applied for and received authorization--unmedicated--to work in the Safety and Food Services departments.

Yet, were defendant to work in Safety and FS, while medicated and sedated, he would be the driver who slumps behind the wheel of a Lambourghini Countach at 300 km/h after measuring his own BAL (blood alcohol level) of 0.20. Working while drugged is irresponsible, therefore medication precludes psychotherapy options regardless of psychotherapies' predicted efficacy. In any case, the average earnings of FMC M/H patients is USD $14.00/mo., $168/yr.

It becomes apparent that the action of forced medication is the aim of the 18 U.S.C. Secs 4241-4248 code in circumstances of political imprisonment and political/character assassination. Regarding abuse of mental health code in 18 U.S.C. to circumvent non-pharmaceutical psychotherapy, see _____ v. _____, __ US __ at ____.

While waiting for release from FMC, defendant, sedated and unable to testify, enjoys the Tuesday + Thursday one-hour game sessions with goddess-like Faircloth

on the transitional 2-E housing unit. FMC staff and patients all know that bingo and Uno (card games) are excuses to gather at a table to hear Faircloth's charming voice and to observe her nipples jiggle as she deals the players their cards. This is defendant's life reduced: dodging bullets during meals and in bed, savoring Ms. Faircloth's demeanor and gestures, relishing the occasional pastries and the steaming fresh forest scent of the adjacent piney woods. This is the effect of a waterfall of lies emanating from Washington, DC. Defendant could be in Karachi, Istanbul or Tehran connecting with women while learning Farsi, Urdu and Turkish. Yet, defendant humbly sits in a seemingly fictitious M/H unit in Butner, NC, USA staring placidly at Faircloth's size D breasts for two hours each week. Why does the Court justify the U.S. government's arrogance?

    The fact of the matter--and this is beyond a matter of anyone's opinion or speculation--is that <u>people are called to action only when</u>: 1) personally affected by a stimulus, 2) motivated to respond, and 3) capable of responding. Effective stimuli invite and produce effective responses. When people are so impoverished that their power companies terminate their electricity due to unpaid electric bills, electrically powerless energy/gas patrons are <u>summoned to do something</u>. Likewise, Americans are <u>summoned to action</u> when unable to commute to their workplaces amidst astronomical gasoline prices ($4.08/gal per 2008JUN16 CNN news report).

    In response to the absolute heinous and egregious improprieties of the BOP (Federal Bureau of Prisons), defendant raises his claim against the USG from USD 26,000,000 to Euro 26,000,000. Euro 26,000,000 = USD 26,000,000 * 1.5421 = approximately USD 40,094,600 (per Wall Street Journal exchange rate of 0.6485 Euro = 1.0000 USD on 2008JUN13). See exhibits 20.1 to 20.5 in <u>Defendant's Pro Se Response to Court's Opinion</u> regarding cause for damages and relief.

Respectfully submitted,

_(signature)_

Christopher Orloski
28994-016
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

This response is mailed via USPS to the Clerk on _____June 17_____, 2008.

Exhibit 21.1 Average daily dosages of olanzapine; ranges according to FMC M/H staff

| | | |
|---|---|---|
| Cheltenham, MD | 20-40 mg/day | |
| Beasley, RN | 15-35 mg/day | |
| Newman, MD | 10-30 mg/day | |
| Lucking, MD | 5-40 mg/day | |
| | 20 mg/day avg (*) | 0  5  10  15  20*  25  30  35  40 |

milligrams/day olanzapine

