Facciola's copy

Honorable Court of Appeals:

Mag Case No 07-258

This exhibit supplements petitioner's inquiry submitted in June, in particular, on subject of special masters. On 2008JUL08, at petitioner's first opportunity since 2007OCT25, petitioner searched the LexisNexis electronic database (USDCDC and USCOADC cases) for "John M. Facciola". The queries returned the crux of the source of Facciola's <u>modus operandi</u>: his previous affiliation with the U.S. Attorney's Office for the District of Columbia. The source of any partiality and bias becomes clear.

Regards,

Christopher Orloski
Petitioner

*[handwritten margin note:] Let This be Filed, JM W/ Faciola 7/16/08*

**FILED**

JUL 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 22.1 John M. Facciola's History (per LexisNexis search)

| USDCDC Case | Decided/Filed | Facciola's Role |
|---|---|---|
| Ross v. U.S. | 1986JUL25 (filed) | AUSA-DC |
| U.S. v. Baird | 1991NOV12 | AUSA-DC |
| U.S. v. Thomas | 1992JUL06 | AUSA-DC |
| U.S. v. Skinner | 1992AUG04 | AUSA-DC |
| U.S. v. Ramos | 1992NOV05 | AUSA-DC |
| U.S. v. Williams | 1993OCT21 | AUSA-DC |

...

| U.S. v. Wray | 1997SEP15 | U.S. mag. judge |
| U.S. v. Addison | 1997SEP23 | U.S. mag. judge |

...

| USCOADC Case | Decided/Filed | Facciola's Role |
|---|---|---|
| Jackson Hospital Corp v. National Labor Relations Board | 2007NOV09 (filed) | Special Master |

USCOADC Opinion (excerpt): "It is FURTHER ORDERED that John M. Facciola, United States Magistrate Judge of the United States... hereby is, appointed Special Master. The Clerk shall furnish the Special Master with a certified copy of this order..."





RECEIVED

JUL 1 4 2008

Clerk, U.S. District and Bankruptcy Courts